**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **MELINDA S. NEIMEYER,** | § | |
| | § | |
| Plaintiff | § | Case No. 1:17-cv-675 |
| | § | |
| -v- | § | |
| | § | |
| **ZWICKER & ASSOCIATES, P.C.** | § | |
| | § | |
| Defendant. | § | |
| | § | |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by the parties and/or their respective counsel that the above captioned matter is voluntarily dismissed, with prejudice against the defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

___/s/_____
Jeffrey D. Mapes, Attorney for Plaintiff
Jeffrey D. Mapes, PLC
29 Pearl St. NW, Ste. 305
Grand Rapids, MI 49503
(616) 719-3847

___/s/_____
Krista M. Cotter Ranta, Attorney for Defendant
Zwicker & Associates, P.C.
320 E. Big Beaver Rd. Ste. 100
Troy, MI 48083
(248) 743-0882

Dated:_9/8/17__

Dated:_9/8/17__